IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | : | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | No. 21-61-HSP |
| | : | |
| **ROBERT SANFORD,** | : | |
| Defendant. | : | |
| | : | |

**UNOPPOSED MOTION OF DEFENDANT ROBERT STANFORD FOR RECONSIDERATION OF DETENTION ORDER**

NOW COMES Defendant Robert Sanford, by and through his undersigned counsel, and moves this Honorable Court to reconsider its Order for Detention entered on Thursday, January 14th, 2021, and in support thereof, states:

1. On January 14, 2021, the Court held a hearing on the government's Motion to Detain defendant Sanford. During argument, counsel maintained that detention was unwarranted since defendant had no prior criminal history and did not belong to any extremist group linked to the events that occurred at the Capitol on January 6, 2021.

2. Government was given an opportunity to give a brief rebuttal to counsel's argument, the government represented that during the search of defendant's home situated at 2024 Broomall Street, Boothwyn, Pennsylvania, that the F.B.I. discovered evidence (namely a t-shirt) linking defendant to the Proud Boys, an extremist white nationalist group established in 2016.[1]

3. The Court issued its Order denying pretrial release stating verbally that there were no set of conditions that could ensure safety to the community. Counsel firmly believes any mistaken ties to any extremist groups is consistent would your honor's order.

4. On or about the evening of January 14th, 2021, the government advised counsel that the prior representation during the detention hearing, that the F.B.I. had seized a t-shirt evidencing his allegiance to the Proud Boys was in fact mistaken. No Proud Boys t-shirt was found during the course of the F.B.I.'s extensive search of defendant's home, nor was any other evidence found indicating defendant was involved and/or a member of any extremist organization.

---

[1] Southern Poverty Law Center, *Proud Boys* (https://www.splcenter.org/fighting-hate/extremist-files/group/proud-boys) 1/25/2021.

5. Included in the information that defendant seeks to place before the Court is the following:
   a. Defendant's has no criminal history.
   b. Defendant, age 55 years old, retired after spending many decades dedicating his life to his community as a public servant.  Defendant spent his career as a firefighter for 26 years and retired with an exemplary record.
   c. Counsel believes that mistake was a significant rebuttal to counsel's argument about Mr. Sanford not being a threat to the public.  That mistake also casted doubt upon all other assertions made by counsel on behalf of the client.  The mistake of government's representation that evidence was found within defendant's home linking him to a far-right extremist group, namely the Proud Boys.  Counsel has been since advised that the government was mistaken in that representation to the Court.
   d. Accordingly, the government has not opposed this motion for reconsideration of bail.

6. Defendant does have significant ties to the community including ownership of a home, where he lives with his wife of 22 years along with 3 children.

7. Furthermore, given defendant's age and many years of service as a firefighter, he experiences respiratory issues that could render him vulnerable to death or serious injury should he contract COVID-19 while in the custody of the Bureau of Prisons ("BOP").  His particular underlying health issues and advanced age weigh heavily in favor of release pending trial.

8. Any number of conditions of release can be imposed to assure defendant abides all laws and appears as required.

WHEREFORE, Defendant prays that this Court reconsider its Detention Order of January ____, 2021, and grant defendant a bond with such conditions of release as this Honorable Court deems appropriate.

/s/_____
Enrique Latoison, Esquire
212 West Front Street Suite 300
Media, PA 19063
(610) 999-1439
Fax: 484.441.1358
Email: Enrique@LatoisonLaw.com
*Attorney for Defendant Robert Sanford*

## CERTIFICATE OF SERVICE

I hereby certify that on January 26th, 2021 I electronically filed the foregoing with the clerk of the Court using the CM/ECF system, which will send notification to the following:

Janani Iyengar
Assistant United States Attorney
U.S. Attorney's Office for the District of Columbia
555 4th Street, NW
Washington, D.C. 20530
Office: (202)-252-7760
Cell: (202)-870-4487

All other counsel.

/s/
Enrique Latoison, Esquire
212 West Front Street Suite 300
Media, PA 19063
(610) 999-1439
Fax: 484.441.1358
Email: Enrique@LatoisonLaw.com
*Attorney for Defendant Robert Sanford*